**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**RODNEY A. WHITING,**

                              **Plaintiff,**

              **v.**                              **1:12 -CV-274**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

                              **Defendant.**
_____

**APPEARANCES:**                    **OF COUNSEL:**

Erwin, McCane Law Firm             Thomas C. Erwin, Esq.
23 Elk Street
Albany, NY 12207
Counsel for Plaintiff

Social Security Administration        Robert F. Schriver, Esq.
Office of the Regional General Counsel   Special Assistant U.S. Attorney
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge

Earl S. Hines, duly filed on the 15th day of January 2013. Following fourteen (14) days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner's decision denying disability-based benefits is affirmed. The complaint is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: February 4, 2013
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge